IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAQUESE SIMON, on behalf of Keirre Alexander Wilson, minor son,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 3:13-cv-01245<br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

Pending before the Court is a Motion to Certify Students ("Motion"), in which counsel for Plaintiff Jaquese Simon requests the Court certify law students to appear on her behalf before this Court in this matter. (Doc. No. 16.) The Court hereby **GRANTS** the Motion; Emma C. Bellamy and Leslie M. Damer shall be authorized to appear before this Court in the above-captioned case.

It is so ORDERED.

Entered this ___10th___ day of April, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT